## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | |
| **v.** | § | **No.  1:22-MJ-00777-DH** |
| | § | |
| **(1) JUAN DIEGO MARTINEZ-** | § | |
| **RODRIGUEZ,** | § | |
| *Defendant* | § | |

## ORDER

Before the Court is Defendant's Agreed Motion for Substitution of Counsel, Dkt. 8. The Motion states that Defendant has hired a new attorney, Jeff Senter, and he wishes to substitute Mr. Senter for his current counsel of record, Armando G. Martinez. Based on that representation, the Court will permit the substitution.

IT IS THEREFORE ORDERED that the Motion, Dkt. 8, is GRANTED. Mr. Martinez is permitted to WITHDRAW as counsel for Defendant, and Mr. Senter is appointed to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Martinez meet with Mr. Senter at the earliest opportunity to give Mr. Senter a copy of the file and bring him up to date regarding the representation of Defendant. Thereafter, Mr. Martinez has no further responsibilities in this case.

SIGNED September 22, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE